**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Contreras-Hernandez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2541-POR |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| JOSE CONTRERAS-HERNANDEZ, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 31, 2007        /s/  *Candis Mitchell*
                               **CANDIS L. MITCHELL**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Contreras-Hernandez
                               Candis_Mitchell@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  October 31, 2007                     /s/  Candis Mitchell
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mithcell@fd.org