FILED

07 NOV 27 AM 11:56

KNIT  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 3190 JAH

July 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JOSE REYMUNDO CONTRERAS-HERNANDEZ, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about October 27, 2007, within the Southern District of California, defendant JOSE REYMUNDO CONTRERAS-HERNANDEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

DDL:em:San Diego
11/23/07

It is further alleged that defendant JOSE REYMUNDO CONTRERAS-HERNANDEZ was removed from the United States subsequent to October 28, 2005.

DATED: November 27, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney