1  **CANDIS MITCHELL**
California Bar No.  242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Candis_Mitchell@fd.org

5

Attorneys for Mr. Jose Raymundo Contreras-Hernandez
6

7

8

UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10
**(HONORABLE JOHN A. HOUSTON)**
11

12  UNITED STATES OF AMERICA,           )    CASE NO.: 07CR3190-JAH
                                       )
13           Plaintiff,                )    DATE: JANUARY 14, 2007
                                       )    TIME: 8:30 A.M.
14                                     )
     v.                                )
15                                     )
     **JOSE RAYMUNDO CONTRERAS-**      )    NOTICE OF MOTIONS AND MOTIONS TO:
16   **HERNANDEZ**                     )
                                       )    1)   COMPEL DISCOVERY AND
17           Defendant.                )         PRESERVE EVIDENCE;
                                       )    2)   DISMISS INDICTMENT FOR FAILURE
18                                     )         TO ALLEGE ESSENTIAL ELEMENTS
                                       )         OF THE OFFENSE;
19   _____      3)   SUPPRESS ANY STATEMENTS
                                                 MADE BY MR. CONTRERAS-
20                                               HERNANDEZ; AND,
                                            4)   GRANT LEAVE TO FILE FURTHER
21                                               MOTIONS.

22

23  TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
          PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:
24

25         PLEASE TAKE NOTICE that on January 14, 2007, at 8:30 a.m., or as soon thereafter as counsel

26  may be heard, defendant, Jose Raymundo Contreras-Hernandez, by and through his attorneys, Candis

27  Mitchell and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the

28  following motions.

                                                                          07CR3190-JAH

1

**MOTIONS**

2      Defendant, Eduardo Fernandez-Serrano, by and through his attorneys, Candis Mitchell and Federal

3   Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules

4   of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

5          (1)     Compel Discovery and Preserve Evidence;

6          (2)     Dismiss Indictment for Failure to Allege Essential Elements of the Offense;

7          (3)     Suppress any Statements Made by Mr. Contreras-Hernandez; and

8          (4)     Grant Leave to File Further Motions.

9      These motions are based upon the instant motions and notice of motions, the attached statement of

10  facts and memorandum of points and authorities, the files and records in the above-captioned matter, and

11  any and all other materials that may come to this Court's attention prior to or during the hearing of these

12  motions.

13                                              Respectfully submitted,

14

15  Dated: December 18, 2007               *s/ Candis Mitchell*
                                           **CANDIS MITCHELL**
                                           Federal Defenders of San Diego, Inc.
16                                         Attorneys for Mr. Raymundo Contreras-Hernandez
                                           Candis_Mitchell@fd.org

17

18

19

20

21

22

23

24

25

26

27

28

                                           1                              07CR3190-JAH