1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant U.S. Attorney
3  California State Bar No. 239918
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-75528
   Peter.Mazza@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,    )   CASE NO.  07CR3190-JAH
12                              )
                               )   DATE:    January 14, 2008
13           Plaintiff,         )   TIME:     8:30 a.m.
                               )
14                              )   GOVERNMENT'S  NOTICE  OF  MOTIONS  AND
           v.                   )   MOTIONS FOR RECIPROCAL DISCOVERY AND
15                              )   TO COMPEL FINGERPRINT EXEMPLARS
   JOSE REYMUNDO                )
16     CONTRERAS-HERNANDEZ,     )
                               )
17                              )
           Defendant.          )
18  _____)
   _____

19

20                       NOTICE OF MOTION

21      TO:  Candis Mitchell Esq., Federal Defenders of San Diego, Inc,
             counsel for defendant, Jose Reymundo Contreras-Hernandez
22

23      PLEASE TAKE NOTICE   that on Monday, January 14, 2008, at 8:30

24  a.m., or as soon thereafter as counsel may be heard, plaintiff,

25  UNITED STATES OF AMERICA, by and through its counsel, Karen P.

26  Hewitt, United States Attorney, and Peter J. Mazza, Assistant United

27  States Attorney, will move the court for an order granting the

28  Government's Motion for Reciprocal Discovery and Motion to Compel

   Fingerprint Exemplars.

1                                    MOTION

2        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and

3   through its counsel, KAREN P. HEWITT, United States Attorney, and

4   Peter J. Mazza, Assistant United States Attorney, will hereby move

5   the court for an order granting the Government's Motion for

6   Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

7        DATED:     December 28, 2007.

                                    Respectfully submitted,
8                                   KAREN P. HEWITT
                                    United States Attorney
9

10

11                                  /s/ Peter J. Mazza
                                    PETER J. MAZZA
12                                  Assistant United States Attorney
                                    Attorneys for Plaintiff
13                                  United States of America
                                    Email: Peter.Mazza@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2                    07CR3140-JAH