**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Jose Raymundo Contreras-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> **JOSE RAYMUNDO CONTRERAS-** ) <br> **HERNANDEZ**,  ) <br>  ) <br> Defendant.  ) <br> _____) | CASE NO.: 07CR3190-JAH <br><br> DATE: February 19, 2008 <br> TIME: 8:30 a.m. <br><br> NOTICE OF DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS |

TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
        PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW, the defendant, Jose Raymundo Contreras-Hernandez, by and through his attorneys, Candis Mitchell, and Federal Defenders of San Diego, Inc., and hereby files the instant Declaration in Support of Defendant's Motion to Suppress Statements.

                                                                Respectfully Submitted,

DATED: February 4, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Raymundo Contreras-Hernandez