1 | CANDIS MITCHELL
California Bar No. 242797
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3717
4 | Candis_Mitchell@fd.org

Attorneys for Mr. Jose Raymundo Contreras-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JOHN A. HOUSTON)

| UNITED STATES OF AMERICA, | ) | CASE NO.: 07CR3190-JAH |
|---|---|---|
| Plaintiff, | ) | DATE: February 19, 2008 |
| | ) | TIME: 8:30 a.m. |
| v. | ) | |
| | ) | DECLARATION OF JOSE RAYMUNDO |
| JOSE RAYMUNDO CONTRERAS-HERNANDEZ, | ) | CONTRERAS-HERNANDEZ |
| | ) | |
| Defendant. | ) | |

I, Jose Raymundo Contreras-Hernandez, declare under penalty of perjury:

1. I am the defendant in the above-captioned case and make this declaration in support of a motion filed by my attorney.

2. At approximately 3:00 a.m., on October 27, 2007, I was arrested north of the International Border.

3. This is a wilderness area.

4. In the wilderness, I was interrogated by a border patrol agent.

5. Prior to interrogating me, I was handcuffed.

6. The agents left me handcuffed while they looked for other people.

7. The agents had a dog with them that they were using to search for and detain people.

8. The agent had a gun visible.

9. The agent was wearing a badge.

10. The agent raised his voice while talking to me.

11. The agent did not explain to me that I did not have to talk to them without an attorney present.

12. As a matter of fact, the agents did not inform me of any of my rights pursuant to <u>Miranda</u>.

13. If my rights had been read to me, I would not have made any statements.

14. Since they were not, I felt pressured to speak with the agent at that time.

15. Because I was in a wilderness area, handcuffed with armed agents and a dog, I did not feel free to leave.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 1 February 2008

*Jose Contreras*
**Jose Raymundo Contreras-Hernandez**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 07CR3190-JAH |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **JOSE RAYMUNDO CONTRERAS-HERNANDEZ** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Peter Mazza
    Assistant United States Attorney
    880 Front Street
    San Diego, CA 92101

and mailed to:

    Jose Raymundo Contreras-Hernandez
    Reg. No. 05354-298
    MCC San Diego
    808 Union Street
    San Diego, CA 92101

Dated: February 4, 2008

    s/ *Candis Mitchell*
    **CANDIS MITCHELL**
    Federal Defenders of San Diego, Inc.
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467 (tel); (619) 687-2666 (fax)
    E-mail:Candis_Mitchell@fd.org