1  **CANDIS MITCHELL**
   California Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5
   Attorneys for Mr. Jose Raymundo Contreras-Hernandez
6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                    **(HONORABLE JOHN A. HOUSTON)**

10

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3190-JAH |
|---|---|---|
| Plaintiff, | ) | DATE: February 19, 2008 |
| | ) | TIME: 8:30 a.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS FOR AN ORDER TO: |
| **JOSE RAYMUNDO CONTRERAS-HERNANDEZ**, | ) | |
| | ) | 1. DISMISS THE INDICTMENT DUE TO INVALID DEPORTATION. |
| Defendant. | ) | |

17  TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
         PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:
18

19
         PLEASE TAKE NOTICE that on the above-captioned date and time, or as soon thereafter as counsel
20
   may be heard, Jose Raymundo Contreras-Hernandez, by and through counsel, Candis Mitchell and Federal
21
   Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.
22
   / / /
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

**MOTIONS**

Mr. Jose Raymundo Contreras-Hernandez, by and through counsel, Candis Mitchell, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1. Dismiss count the indictment due to invalid deportation.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 5, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Contreras-Hernandez
Candis_Mitchell@fd.org