# EXHIBIT A
Final Administrative Removal Order

# Final Administrative Removal Order

In removal proceedings under section 238(b) of the Immigration and Nationality Act

Event No: ECC0709000161

File Number A097890317
Date September 21, 2007

To: Jose Raymundo CONTRERAS-Hernandez AKA: Contreras, JOSE RAYMUNDO

Address: 7018 BLAIR RD. CALIPATRIA IMPERIAL CA UNITED STATES 92233
(Number, Street, City, State and ZIP Code)

Telephone: (760) 348-7338
(Area Code and Phone Number)

## ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Officer of the Department of Homeland Security, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you are not lawfully admitted for permanent residence. I further find that you have a final conviction for an aggravated felony as defined in section 101(a)(43)( F ) of the Immigration and Nationality Act (Act) as amended, 8 U.S.C. 1101(a)(43)( F ), and are ineligible for any relief from removal that the Secretary of Homeland Security, may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii). By the power and authority vested in the Secretary of Homeland Security, and in me as the Secretary's delegate under the laws of the United States, I find you deportable as charged and order that you be removed from the United States to:

MEXICO
or to any alternate country prescribed in section 241 of the Act.

TERI TREMPER
(Signature of Authorized Official)

ASSISTANT FIELD OFFICE DIRECTOR
(Title of Official)

9/26/07   Imperial, CA.
(Date and Office Location)

### Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above named individual.

SEP 26 2007   2:00 pm   CALIPATRIA, CA   IN PERSON
(Date, Time, Place and Manner of Service)

JUAN J. RAMIREZ
DEPORTATION OFFICER
(Signature and Title of Officer)

Form I-851A (Rev. 08/01/07)

# EXHIBIT B
Warrant of Removal/Deportation

07cr3190-JAH

U.S. Department of Homeland Security                                    **Warrant of Removal/Deportation**

File No: A097890317
Event No: ECC0709000161
Date: September 21, 2007

**To any immigration officer of the United States Department of Homeland Security:**

Jose Raymundo CONTRERAS-Hernandez AKA:
JOSE R. Contreras

_____
(Full name of alien)

who entered the United States at   San Ysidro, CA            on   June 1, 2000
                                    (Place of entry)                  (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation, or removal proceedings
- ☒ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
238(b)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2007.

ROBIN BAKER
(Signature of immigration officer)

**FIELD OFFICE DIRECTOR**
(Title of immigration officer)

**SAN DIEGO, CA**
(Date and office location)



Form I-205 (Rev. 08/01/07)

46

To be completed by immigration officer executing the warrant:
Name of alien being removed:

Jose Raymundo CONTRERAS-Hernandez

**Port, date, and manner of removal:** CALEXICO, CA POE 09/27/07 A FOOT

F01162

**CONTRERAS, J**

Photograph of alien removed

Right index fingerprint of alien removed

X Contreras J
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.    ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07)

47

# EXHIBIT C
Notice to Appear

EPRD 9/27/07
CDC# F01/62

## Notice of Intent to Issue a Final Administrative Removal Order

In removal proceedings under section 238(b) of the Immigration and Nationality Act

Event No: ECC0709000161
File Number A097890317

To: Jose Raymundo CONTRERAS-Hernandez AKA: Contreras, JOSE RAYMUNDO

Address: 7018 BLAIR RD. CALIPATRIA IMPERIAL CA UNITED STATES 92233
(Number, Street, City, State and ZIP Code)

Telephone: (760) 348-7338
(Area Code and Phone Number)

Pursuant to section 238(b) of the Immigration and Nationality Act (Act) as amended, 8 U.S.C. 1228(b), the Department of Homeland Security (Department) has determined that you are amenable to administrative removal proceedings. The determination is based on the following allegations:

1. You are not a citizen or national of the United States.
2. You are a native of **MEXICO** and a citizen of **MEXICO**
3. You entered the United States (at)(near) **San Ysidro, CA** on or about **June 1, 2000**
4. At that time you entered **without inspection**
5. You are not lawfully admitted for permanent residence.
6. You were, on **September 26th, 2005**, convicted in the **California Superior** Court **County of Santa Cruz** for the offense of **Solicit to Commit Murder** in violation of **Section 653f(b) of the California Penal Code** for which the term of imprisonment imposed was **6 years**.

### Charge:
You are deportable under section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in section 101(a)(43)( **F** ) of the Act, 8 U.S.C. 1101(a)(43)( **F** ).

Based upon section 238(b) of the Act, 8 U.S.C. 1228(b), the Department is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

### Your Rights and Responsibilities:
You may be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, you may contact legal counsel from the list of available free legal services provided to you.

You must respond to the above charges in writing to the Department address provided on the other side of this form within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). **The Department must RECEIVE your response within that time period.**

In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; designate the country to which you choose to be removed in the event that a final order of removal is issued (which designation the Department will honor only to the extent permitted under section 241 of the Act, 8 U.S.C. 1231); and/or, if you fear persecution in any specific country or countries on account of race, religion, nationality, membership in a particular social group, or political opinion or, if you fear torture in any specific country or countries, you may request withholding of removal under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), or withholding/deferral of removal under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding or deferral of removal would prohibit your return to a country or countries where you would be persecuted or tortured, but would not prevent your removal to a safe third country.

You have the right to remain in the United States for 14 calendar days so that you may file a petition for review of this order to the appropriate U.S. Circuit Court of Appeals as provided for in section 242 of the Act, 8 U.S.C. 1252. You may waive your right to remain in the United States for this 14-day period. If you do not file a petition for review within this 14-day period, you will still be allowed to file a petition from outside of the United States so long as that petition is filed with the appropriate U.S. Circuit Court of Appeals within 30 calendar days of the date of your final order of removal.

RONNIE BATLEY - SDDO
(Signature and Title of Issuing Officer)

Calipatria, CA
(City and State of Issuance)

9/25/07   2:10 pm
(Date and Time)

Form I-851 (Rev. 08/01/07)

50

## Certificate of Service

I served this Notice of Intent. I have determined that the person served with this document is the individual named on the other side of the form.

☒ JUAN J. RAMIREZ - DEPORTATION OFFICER    SEP 26 2007    In Person
(Signature and Title of Officer)    (Date and Manner of Service)

☒ I explained and/or served this Notice of Intent to the alien in the   English / Spanish   language.

JUAN J. RAMIREZ
(Name of interpreter)    (Signature of interpreter)
Location/Employer: Calipatria, CA

I Acknowledge that I Have Received this Notice of Intent to Issue a Final Administrative Removal Order.

☒ Contreras J    SEP 26 2007    8:00 am
(Signature of Respondent)    (Date and Time)

☐ The alien refused to acknowledge receipt of this document.

(Signature and Title of Officer)    (Date and Time)

### ☐ I Wish to Contest and/or to Request Withholding of Removal

☐ I contest my deportability because: *(Attach any supporting documentation)*

- ☐ I am a citizen or national of the United States.
- ☐ I am a lawful permanent resident of the United States.
- ☐ I was not convicted of the criminal offense described in allegation number 6 above.
- ☐ I am attaching documents in support of my rebuttal and request for further review.

☐ I request withholding or deferral of removal to _____ [Name of Country or Countries]:

- ☐ Under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.
- ☐ Under the Convention Against Torture, because I fear torture in that country or those countries.

(Signature of Respondent)    (Printed Name of Respondent)    (Date and Time)

### ☒ I Do Not Wish to Contest and/or to Request Withholding of Removal

☒ I admit the allegations and charge in this Notice of Intent. I admit that I am deportable and acknowledge that I am not eligible for any form of relief from removal. I waive my right to rebut and contest the above charges. I do not wish to request withholding or deferral of removal. I wish to be removed to

MEXICO

☒ I understand that I have the right to remain in the United States for 14 calendar days in order to apply for judicial review. I do not wish this opportunity. I waive this right.

☒ Contreras. J    ☒ Jose Raimundo Contreras    SEP 26 2007    8:00 am
(Signature of Respondent)    (Printed Name of Respondent)    (Date and Time)

Juan J. Ramirez    SEP 26 2007    8:00 am
(Signature of Witness)    (Printed Name of Witness)    (Date and Time)

**RETURN THIS FORM TO:**
**Department Of Homeland Security**

**ATTENTION:** The Department office at the above address must RECEIVE your response within 10 calendar days from the date of service of this Notice of Intent (13 calendar days if service is by mail).

Form I-851 (Rev. 08/01/07) 1