**APPENDIX OF EXHIBITS**

United States v. Jose Raymundo Contreras-Hernandez

07cr3190-JAH

Exhibit A,  Final Administrative Removal Order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

Exhibit B, Warrant of Removal/Deportation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

Exhibit C, Notice to Appear . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  6