UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 07CR3190-JAH |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **JOSE RAYMUNDO CONTRERAS-HERNANDEZ** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

  Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

  Peter Mazza
  Assistant United States Attorney
  880 Front Street
  San Diego, CA 92101

and mailed to:

  Jose Raymundo Contreras-Hernandez
  Reg. No. 05354-298
  MCC San Diego
  808 Union Street
  San Diego, CA  92101

Dated: February 5, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org