UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                                )<br>                                                                )<br>                      Plaintiff,             )<br>v.                                                            )<br>                                                                )<br>**JOSE RAYMUNDO CONTRERAS-** )<br>**HERNANDEZ**                                  )<br>                                                                )<br>                      Defendant.          ) | CASE NO.: 07CR3190-JAH<br><br>CERTIFICATE OF SERVICE |

   Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>  Peter Mazza
>  Assistant United States Attorney
>  880 Front Street
>  San Diego, CA 92101

and mailed to:

>  Jose Raymundo Contreras-Hernandez
>  Reg. No. 05354-298
>  MCC San Diego
>  808 Union Street
>  San Diego, CA 92101

Dated: March 29, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org