UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 07CR3190-JAH |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **JOSE RAYMUNDO CONTRERAS-** | ) | |
| **HERNANDEZ** | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>Peter Mazza
>Assistant United States Attorney
>880 Front Street
>San Diego, CA 92101

and mailed to:

>Jose Raymundo Contreras-Hernandez
>Reg. No. 05354-298
>MCC San Diego
>808 Union Street
>San Diego, CA 92101

Dated: March 29, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org