* AO 89 (Rev. 11/91) Subpoena in Criminal Case

# United States District Court

SOUTHERN      DISTRICT OF      CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

V.

Jose Raymundo Contreras

Defendant.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 07cr3190-JAH

TO:

**Officer Sergio Narvaez**
Customs and Border Protection

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA 940 FRONT STREET SAN DIEGO, CA 92101 | Courtroom 11 (2nd Floor) Hon. John A. Houston |
| | DATE AND TIME Tuesday, May13, 2008 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all reports and or notes written in relation U.S. vs. Jose R. Contreras-Hernandez (07cr3190-JAH)

*Call sophie on Monday for instructions*
*216·4026*
*sector council*
*Duty Att.*
*sophie Flood*

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| W. Samuel Hamrick, Jr. | May 8, 2008 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Candis L Mitchell, FEDERAL DEFENDERS OF SAN DIEGO, INC. 225 Broadway, Suite 900 San Diego, CA 92101 (619) 234-8467
Appointed under the Criminal Justice Act PURSUANT TO LOCAL RULE 414 AND FED. R. CRIM. P. 17 b (c)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 5/8/08 | PLACE SAN DIEGO |
| SERVED | DATE 5/8/08 | PLACE SAN YSIDRO |

SERVED ON (PRINT NAME)
SERGIO MARVAEZ

FEES AND MILEAGE TENDERED TO WITNESS
[ ] YES [X] NO    AMOUNT $ ∅

SERVED BY (PRINT NAME)
LILIANA PEREZ

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America the foregoing information contained in the Proof of Service is true and correct.

Executed on ___5/8/08___
                    Date

Signature of Server

225 BROADWAY #900
Address of Server

SAN DIEGO, CA 91101

ADDITIONAL INFORMATION