**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

MAY 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA                )<br>                                                        )<br>                    PLAINTIFF,          )<br>                                                        )<br>         VS                                        )<br>                                                        )<br>JOSE RAYMUNDO CONTRERAS-HERNANDEZ)<br>                                                        )<br>                    DEFENDANT,        )<br>_____) | **V E R D I C T**<br><br>CASE NO. 07CR3190-JAH |

We the jury in the above entitled cause find the defendant

_____Guilty_____ of DEPORTED ALIEN FOUND IN THE UNITED STATES as

charged in count one of the indictment.

         If you find the defendant guilty on count one, do you also find

beyond a reasonable doubt that the defendant was removed from the United

States subsequent to  October 28, 2005?

____✓____ yes

_____ no

Date: _May 14, 2008_
San Diego, California

_Ellen Mackintosh_
Foreperson of the Jury