## EXHIBIT LIST

### United States v. Jose Raymundo Contreras-Hernandez
### Criminal Case No. 07CR3190-JAH

 X  Government          ___ Defense               Type of Hearing: Jury Trial

| Exhibit No. | Date Identified | Date Admitted In Evidence | Description | Witness(es) |
|---|---|---|---|---|
| 1 | MAY 14 2008 | MAY 14 2008 | Google Earth map showing apprehension location | USBP Noland |
| 2 | MAY 14 2008 | MAY 14 2008 | Photograph of Secret Canyon | USBP Noland |
| 3 | MAY 14 2008 | MAY 14 2008 | Photograph of trail | USBP Noland |
| 4 | MAY 14 2008 |  | Fingerprint card from arrest | USBP Ewers |
| 4A | MAY 14 2008 | MAY 14 2008 | Fingerprint card from arrest (redacted) | USBP Ewers |
| 5 | MAY 14 2008 |  | Notice of Intent to Issue a Final Administrative Removal Order | USBP Braud |
| 5A | MAY 14 2008 | MAY 14 2008 | Notice of Intent to Issue a Final Administrative Removal Order (redacted) | USBP Braud |
| 6 | MAY 14 2008 |  | Final Administrative Removal Order | USBP Braud |
| 6A | MAY 14 2008 | MAY 14 2008 | Final Administrative Removal Order (redacted) | USBP Braud |
| 7 | MAY 14 2008 | MAY 14 2008 | Warrant of Removal/Deportation | USBP Braud |
| 8 | MAY 14 2008 | MAY 14 2008 | Certificate of Non-Existence of Record | USBP Braud |
| 9 | MAY 14 2008 | MAY 14 2008 | Fingerprint Exemplars | David Beers |
| 10 | MAY 14 2008 | MAY 14 2008 | Warning to Alien | |